MEMORANDUM OPINION













 

 

 

 

 

 

 

 

MEMORANDUM OPINION

 

 

No. 04-07-00849-CV

 

BEXAR COUNTY, TEXAS,

Appellant

 

v.

 

VALERO SERVICES, INC. and Valero Energy Corp.,

Appellees

 

 

From the 408th Judicial District Court, Bexar
 County, Texas

Trial Court No. 2007-CI-14961

Honorable David A. Berchelmann, Jr., Judge
Presiding

 

PER CURIAM

 

Sitting:            Alma
L. López, Chief Justice

                        Rebecca Simmons, Justice

                        Steven C. Hilbig, Justice

 

Delivered and
Filed:   March 12, 2008

 

DISMISSED

 

The
parties have filed a joint motion, in accordance with Texas Rule of Appellate
Procedure 42.1(a)(2), stating they have resolved the dispute at issue and
requesting that this court dismiss this appeal. 
The motion is granted and the appeal is hereby dismissed.  Tex.
R. App. P. 42.1(a)(2).  Costs of
the appeal are taxed against the party incurring the same.

PER
CURIAM